UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Deonne Kirkland,

               Plaintiff,

    - against -

Security Captain Cruz #1197; Nadely Taveraz;
Warden Ronald Miller; Lynelle Maginley-Liddie;
and EHO Captain Hamilton,

               Defendants.
------------------------------------------------------------X

**ORDER**

No. 25-CV-3598 (RER) (CHK)

**RAMÓN E. REYES, JR., District Judge:**

*Pro se* plaintiff Deonne Kirkland filed her Complaint on June 26, 2025. (ECF No.1). On August 26, 2025, the Court dismissed Plaintiff's Complaint with leave to file an Amended Complaint by October 3, 2025. (ECF No. 7). Plaintiff failed to file an Amended Complaint. Therefore, the case is DISMISSED.

The Clerk of Court is respectfully directed to enter judgment dismissing this case and to mail a copy of this Order to Plaintiff.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR.
United States District Judge

Dated: December 21, 2025
       Brooklyn, New York